Criminal Case Cover Sheet                                                                    U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

06-00114

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name _____Aaron Tainatongo_____

Alias Name _____

Address _____

_____Inarajan, GU_____

Birthdate xx/xx/1981   SS# Xxx-xx-3161   Sex __M__   Race __PI__   Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA ___Ryan Anderson___

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**
**DEC - 5 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty __X__ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __12/4/06__   Signature of AUSA: __Ry M. And___