# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
~~CLERK OF COURT~~

[X] **Original Notice**      [ ] **Notice of Disposition**

Date: November 14, 2006
By: Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

Date:
By:

---

Defendant: **TAINATONGO, Aaron**            Case Number: **CRIMINAL #06-00114-001**
Date of Birth: **XX-XX-1981**               Place of Birth: **Tamuning, Guam - USA**
SSN: **XXX-XX-3161**

---

**NOTICE OF COURT ORDER** (Order Date: **November 14, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
   ☐ Not Convicted - PS40/Passport returned to defendant.
   ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)