# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00114-001          DATE: January 22, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:04:13 - 9:17:39
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**
Defendant: Aaron Tainatongo      Attorney: William L. Gavras
☒ Present ☐ Custody ☐ Bond ☒ P.R.      ☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Ryan Anderson      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: May 14, 2007 at 9:00 a.m.
- Presentence Report due to the parties: March 16, 2007
- Presentence Report due to the Court: April 27, 2007
- Defendant released on the same conditions previously ordered by this Court.

NOTES: