# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

**NOTICE**

V.

**Aaron Tainatongo**     CASE NUMBER: **CR-06-00114-001**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 3rd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Monday, May 14, 2007 at 9:00 a.m.** | **Thursday, May 31, 2007 at 9:30 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**April 29, 2007**     /s/ Leilani R. Toves Hernandez
DATE     (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         William L. Gavras
         U.S. Probation Office
         U.S. Marshals Service