**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-06-00114-001　　　　　　　　　　DATE: May 31, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Peter Santos<br>Leilani Toves Hernandez | Electronically Recorded: 9:38:35 - 9:50:08 |
| CSO: J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Aaron Tainatongo | Attorney: William L. Gavras |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>two years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $345.98
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: